NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL CHANDLER WOLFE,    )
    )
       Appellant,    )
    )
v.    )    Case No. 2D18-4832
    )
STATE OF FLORIDA,    )
    )
       Appellee.    )
_____)

Opinion filed July 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Lee County; Keith R. Kyle,
Judge.

PER CURIAM.

Affirmed. See McKenzie v. State, 153 So. 3d 867 (Fla. 2014); Logan v. State, 846 So. 2d 472 (Fla. 2003); Batie v. State, 534 So. 2d 694 (Fla. 1988); Lozano v. State, 202 So. 3d 148 (Fla. 2d DCA 2016); Harris v. State, 818 So. 2d 567 (Fla. 2d DCA 2002); State v. Wells, 466 So. 2d 291 (Fla. 2d DCA 1985).

KHOUZAM, C.J., and SLEET and BADALAMENTI, JJ., Concur.